UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JENNIFER SHEA, <br><br> Plaintiff, <br><br> vs. <br><br> THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | CASE NO. 3:20-cv-01195-(SVN) <br><br><br><br><br> AUGUST 12, 2022 |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiff, Jennifer Shea, and the defendant, The Prudential Insurance Company of America, hereby stipulate that this action may be dismissed in full, with prejudice, and with the parties bearing their own fees and costs, all matters in controversy having been fully settled and compromised between and among the parties.

THE PLAINTIFF,
JENNIFER SHEA

*/s/ Louis Federici*
Louis M. Federici
Parrett Porto Parese & Colwell, PC
One Hamden Center
2319 Whitney Avenue Suite 1-D
Hamden CT 06518
E-Mail: lfederici@pppclaw.com
Telephone: (203) 281-2700
Facsimile: (203) 281-0700
*Her Attorney*

DEFENDANT,
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

*/s/ Megan Y. Carannante*
Megan Y. Carannante (ct27680)
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
E-Mail: mcarannante@pullcom.com
Telephone: (860) 424-4325
Facsimile: (860) 424-4370
*Its Attorney*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically and served by mail on any party or counsel unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail and e-mail transmission to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

_____
Louis Federici

ACTIVE/77153.22/MYOUNGLING/10517150v1